# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-cr-00052-MR-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| DEORDRICK BOYKIN, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Secure Criminal Records from Probation Office [Doc. 92] and the Defendant's Third Motion to Further Extend Time to File Objections to Presentence Report [Doc. 93].

The Defendant moves the Court for leave to secure copies of criminal records in the possession of the United States Probation Office relating to the Defendant. For grounds, counsel states that although he had the opportunity to review such documents for more than two hours, "[i]t would be helpful to the undersigned in the course of this representation to have the defendant's criminal records in the possession of the probation office to review and discuss with defendant." [Doc. 92 at 1]. Counsel fails to identify, however, how copying these records is necessary to discuss these prior

convictions with his client.  Further, the Court notes that in the Defendant's other motion [Doc. 93], counsel makes reference to the fact that he in the process of securing certain criminal records from the Georgia state courts, which appears to obviate counsel's request for copies of the Probation Office's records.  For all of these reasons, the motion to secure records is denied without prejudice.

The Defendant also requests a third extension of time to file objections to the PSR.  For grounds, counsel states that additional time is necessary in order to obtain records pertaining to the Defendant's convictions in Georgia.  For cause shown, the Defendant's motion is granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Secure Criminal Records from Probation Office [Doc. 92] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Further Extend Time to File Objections to Presentence Report [Doc. 93] is **GRANTED**, and the Defendant shall have through and including October 27, 2016, to file objections to the Presentence Report.

**IT IS SO ORDERED.**

Signed: October 7, 2016

Martin Reidinger
United States District Judge