# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-cr-00052-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | **O R D E R** |
| DEORDRICK BOYKIN, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reconsideration [Doc. 146].

The Defendant seeks reconsideration of the Order denying his motion for compassionate release. [Doc. 146]. Upon careful review of the Defendant's motion, the Court finds no basis to reconsider its prior Order. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reconsideration [Doc. 146] is **DENIED**.

**IT IS SO ORDERED**.

Signed: September 14, 2020

Martin Reidinger
Chief United States District Judge